IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                      )
      KAREN GAIL TAYLOR                  )          Case No. 10-51136-jwv7
      Debtor.                            )

## AMENDMENT TO CHAPTER 13 PLAN

COMES NOW the Debtor, Karen Gail Taylor, by and through her attorney, Robert L.

Ricklefs, and amends her Chapter 13 Plan to reflect the following:

1.      PARAGRAPH 1.  PLAN PAYMENT.  Debtor's Chapter 13 Plan payments are to be

changed to $55.00 monthly commencing with the Debtor's January plan payment and continuing for

the remaining months in the Debtor's Chapter 13 Plan.

2.      PARAGRAPH 2.  ATTORNEY FEES.

| Total attorney fees | Attorney fees paid directly by the debtor | Attorney fees paid from the plan payments | Equal monthly amount ("EMA") |
|---|---|---|---|
| $2,000.00 | $1,000.00 | $1,000.00 | $50.00 |

3.      All other provisions of the Debtor's Plan remain the same.

Respectfully submitted,

/s/ Robert L. Ricklefs
ROBERT L. RICKLEFS        #34032
4317 South River Blvd., Suite A
Independence, MO  64055
(816) 350-9555
(816) 373-9540 (facsimile)
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Debtor's Amendment to Chapter 13 Plan
was served by electronic mail or U.S. mail, this 29th day of December, 2010, to:

Richard Fink
Chapter 13 Trustee

/s/ Robert L. Ricklefs
ROBERT L. RICKLEFS